DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES PUGSLEY,** Individually, and **MEDICAID ELIGIBIILTY, INC.,**
a Florida for Profit Corporation,
Appellants,

v.

**ANDREWS. NEILSON, IV,** as Personal Representative of the Estate of
Melvin R. Angell,
Appellee.

No. 4D20-620

[November 25, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2019-CA-011351-XXXX-MB.

Michael E. Zapin of the Law Offices of Michael E. Zapin, Boca Raton, for appellants.

Sheila Biehl of Sheila Biehl, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***